STATE, EX REL. B. R. B. WEBER ET AL., V. WILLIAM BAYS ET AL.

[FILED MARCH 10, 1891.]

ORIGINAL application for *mandamus*.

*M. B. Reese*, for relators.

*Pound & Burr, contra.*

MAXWELL, J.

This is an application for a *mandamus* to compel the defendants to revoke the license to sell intoxicating drinks granted to Otto Courkamp.

The facts are substantially the same as in the case of *State, ex rel. Weber et al., v. William Bays, ante*, p. 514, to compel the revocation of the license of John Holmquist, and the same order will be entered.

A peremptory writ is

AWARDED.

THE other judges concur.